

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2022

No. 04-22-00370-CV

Patricia **JACAMAN**,
Appellant

v.

**U.S. BANK, N.A. AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES 1 TRUST 2044-AC6**; and Nationstar Mortgage LLC d/b/a Mr. Cooper; DOES 1 through 100 Inclusive,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVG000378D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

The court reporter's record in this appeal was due on August 16, 2022. On September 1, 2022, Ms. Cynthia Perez Lenz, the court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating the reporter's record has not been filed because appellant has failed to request the record in writing. It is therefore ORDERED that appellant provide written proof to this court **no later than September 16, 2022** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* Tex. R. App. P. 34.6(b)(1). The reporter's record must be filed **no later than thirty days** after the date appellant's written proof is filed with this court.

It is further ORDERED that appellant provide written proof to this court **no later than September 16, 2022** that either (1) the fee for preparing the reporter's record has been paid or arrangements have been made to pay the fee; or (2) appellant is entitled to appeal without paying the fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2022.

_____
Michael A. Cruz,
Clerk of Court